# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

DENNIS MAURER,                                           :
                                                        :
      Plaintiff,                                        :
                                                        :
      v.                                                :    Case No. 1:24-cv-09076-KMW-AMD
                                                        :
ABDALLAH FOODS, INC., et al,                            :
                                                        :
      Defendants.                                       :
                                                        :

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendants Ferr Realty, Inc., and Abdallah Foods, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between all parties.

Respectfully submitted on this ___29th___ day of ___January___ 2025,


/s/ Jon G. Shadinger Jr.
_____
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff,*
*Dennis Maurer*


/s/ Jason M. Saruya
_____
Jason M. Saruya, Esq.
Lex Nova Law, LLC
10 E. Stow Road, Suite 250
Marlton, NJ 08053
(267) 934-5888
jsaruya@lexnovalaw.com
*Attorney for Defendant, Ferr Realty, Inc.*


Omar Abdallah
on behalf of Abdallah Foods, Inc.
(443) 735-3000
Omar-abdallah@hotmail.com

11